Rob Bonta
Attorney General of California
Elizabeth S. Angres
Supervising Deputy Attorney General
Molly S. Murphy
Deputy Attorney General
State Bar No. 149907
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6512
  Fax:  (916) 731-2120
  E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for Defendant
Craig Roberts*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LILIAN QUINTANILLA VALDEZ,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **CRAIG ROBERTS, an individual; STEVE GORDON, in his Capacity as Director of the California Department of Motor Vehicle, and DOES 1-10,** <br><br> Defendants. | 2:21-cv-06705 CBM (KESx) <br><br> **JUDGMENT ON JURY VERDICT FOR DEFENDANT [107]  [JS-6]** <br><br> Courtroom: 8D <br> Judge: The Honorable Consuelo B. Marshall <br> Trial Date: June 27, 2023 |

This action having been tried before the Court sitting with a jury, the Honorable Consuelo B. Marshall, District Judge, presiding, the issues having been duly tried and the jury having duly rendered its verdict:

1  IT IS ORDERED AND ADJUDGED that the plaintiff, Lilian Quintanilla
2  Valdez, take nothing, that the action be dismissed on its merits, and that the
3  defendant, Howard Craig Roberts (sued and appearing in this action as Craig
4  Roberts), recover of the plaintiff his costs of action, to be taxed in an amount to be
5  determined.

Dated: JULY 31, 2023

*[signature]*
HON. Consuelo B. Marshall
United States District Judge